# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY JANE BLEVINS,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:21-cv-0169 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, BRANDY JANE BLEVINS, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On May 7, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 13.) Pursuant to the terms of the stipulation, an ALJ shall re-evaluate the evidence and issue a new decision. (*Id.* at 1-2.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.* at 2.) Based upon the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Brandy Jane Blevins, and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **May 7, 2021**      _/s/ Jennifer L. Thurston_
                 CHIEF UNITED STATES MAGISTRATE JUDGE