UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY JANE BLEVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0169 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 16) |

On August 3, 2021, Brandy Jane Blevins and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $550.61 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 16)  Accordingly, the Court **ORDERS:**  Subject to the terms of the stipulation: Plaintiff is **AWARDED** fees and expenses in the amount of $550.61 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated: __August 4, 2021__　　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).